## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Rosemary A. Gilroy</u>
    Appellant

    v.                               Case No. 07-cv-297-SM

<u>Ameriquest Mortgage Company, et al.</u>
    Appellees

### <u>O R D E R</u>

By orders dated October 4 and October 31, 2007, the Bankruptcy Appellate Panel for the First Circuit ("BAP") determined that the record on appeal was transmitted to this court in error and ordered the bankruptcy court to request this court to return the record on appeal to the bankruptcy court. The record shall be returned to the bankruptcy court as requested; this case shall be closed, given the pending appeal before the Bankruptcy Appellate Panel.

    **SO ORDERED.**

                                      _____
                                      Steven J. McAuliffe
                                      United States District Judge

November 16, 2007

cc:  Pro Se Parties and Counsel of Record